**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-1328**
_____

In re:  CHARLES HUFTON,

               Petitioner.

_____

On Petition for Writ of Mandamus.  (5:21-hc-02043-FL)

_____

Submitted:  August 19, 2021                          Decided:  August 23, 2021

_____

Before GREGORY, Chief Judge, FLOYD, and RUSHING, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Charles Hufton, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Hufton petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court dismissed Hufton's § 2241 petition without prejudice on July 21, 2021, for failure to state a claim. Accordingly, because the district court has recently decided Hufton's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*